**No. 53833.**—Abe Berish as administrator of the estate of Solomon Kovler, doing business as Royal Import Co. *v.* United States, protests 138236–K, etc. (Tampa).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claims of the plaintiff were sustained.

BEFORE THE THIRD DIVISION, DECEMBER 19, 1949

**No. 53834.**—Brauner & Co. *v.* United States, protest 145830–K (New York).

Opinion by Johnson, J. When this case was called for trial there was no appearance on behalf of the plaintiff. An examination of the collector's letter disclosed that the regulations were not complied with. In view of the noncompliance with the mandatory regulations, the protest was overruled, following *Maple Leaf Petroleum, Ltd.* v. *United States* (25 C. C. P. A. 5, T. D. 48976).